```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 09242
   EUGENE PHILLIPS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-7205


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 04/15/2008 and was not confirmed.

      The case was dismissed without confirmation 07/23/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------

AVELO MORTGAGE LLC        CURRENT MORTG         .00            .00            .00
CITIFINANCIAL MTG         SECURED NOT I         .00            .00            .00
HOME LOAN SERVICES INC    CURRENT MORTG         .00            .00            .00
OCWEN FEDERAL BANK        CURRENT MORTG         .00            .00            .00
AVELO MORTGAGE LLC        MORTGAGE ARRE    28792.35            .00            .00
CITIFINANCIAL MTG         UNSECURED       NOT FILED            .00            .00
HOME LOAN SERVICES INC    MORTGAGE ARRE         .00            .00            .00
OCWEN FEDERAL BANK        SECURED NOT I         .00            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          475.86            .00            .00
OCWEN FEDERAL BANK        UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED         3122.12            .00            .00
NICOR GAS                 UNSECURED       NOT FILED            .00            .00
WELLS FARGO FINANCIAL BA  UNSECURED         5410.81            .00            .00
HOME LOANS SERVICES INC   NOTICE ONLY     NOT FILED            .00            .00
HOME LOAN SERVICES INC    CURRENT MORTG         .00            .00            .00
HOME LOAN SERVICES INC    MORTGAGE ARRE         .00            .00            .00
LITTON LOAN SERV          MORTGAGE NOTI   NOT FILED            .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         -------------         -------------
TOTALS                        .00                     .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 09242 EUGENE PHILLIPS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE